Case 1:21-cv-03288-VEC   Document 23   Filed 06/16/21   Page 1 of 1



U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

June 16, 2021

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2021
```

<u>VIA ECF</u>
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

    Re: *Safe Passage Project v. U.S. Customs and Border Protection, et al.,* 1:21-cv-03288-VEC

Dear Judge Caproni:

    This Office represents defendants (collectively, the "government") in the above referenced Freedom of Information Act ("FOIA") matter.  On behalf of the parties, the government writes to respectfully request that the Court adjourn the initial pretrial conference, currently scheduled for June 25, 2021 at 10:00 am, until August 6 or a date thereafter that is convenient for the Court.  The parties also respectfully request that the deadline for the joint letter, currently due on June 17, 2021, be extended to one week prior to the rescheduled conference.  This is the parties' second request for an adjournment of the initial pre-trial conference.

    This adjournment is respectfully requested to permit the parties additional time to seek to resolve the FOIA claims raised in this action.  Defendant U.S. Citizenship and Immigration Services produced records responsive to plaintiff's FOIA request on May 24, 2021.  Defendant U.S. Customs and Border Protection ("CBP") anticipates making an initial production of records responsive to part 1 of plaintiff's FOIA request by June 25, 2021, and a second production of records responsive to part 2 of plaintiff's FOIA request by July 26, 2021.  After plaintiff has a chance to review the two CBP productions, the parties plan to confer regarding next steps.

    The parties thank the Court for its consideration of these requests.

Respectfully,

AUDREY STRAUSS
United States Attorney

By:    */s/ Rebecca R. Friedman*
REBECCA R. FRIEDMAN
Assistant United States Attorney
Tel: (212) 637-2614
Fax: (212) 637-2686

Application GRANTED.  The initial pretrial conference is adjourned to **August 6, 2021 at 10:00 a.m.**  The parties must appear for the conference by dialing 888-363-4749, using the access code 3121171 and the security code 3288.  The parties' joint submission is due by **July 29, 2021.**

SO ORDERED.

*[signature]* 6/16/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record (via ECF)