

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

> **MEMO ENDORSED**

*86 Chambers Street*
*New York, New York 10007*

August 18, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__8/18/2021__
```

**VIA ECF**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

> Re: *Safe Passage Project v. U.S. Customs and Border Protection, et al.,* 1:21-cv-3288-VEC

Dear Judge Caproni:

This Office represents defendants (collectively, the "government") in the above referenced Freedom of Information Act ("FOIA") matter.  On behalf of the parties, the government writes to respectfully request that the Court adjourn the initial pretrial conference, currently scheduled for August 27, 2021 at 10:00 am, until September 17 or a date thereafter that is convenient for the Court.  The parties also respectfully request that the deadline for the joint letter, currently due on August 19, 2021, be extended to one week prior to the rescheduled conference.  This is the parties' fourth request for an adjournment of the initial pre-trial conference.

This adjournment is respectfully requested to permit the parties additional time to seek to resolve the FOIA claims raised in this action.  Since the last adjournment request, plaintiff requested that defendant U.S. Citizenship and Immigration Services ("USCIS") reprocess and produce one of the pages from its previous production with less redactions, and USCIS needs additional time on that request.  After conferring with plaintiff, Defendant U.S. Customs and Border Protection ("CBP") re-processed and provided an updated production on August 12, 2021. The requested adjournment will allow plaintiff time to review the updated production, and for the parties to confer regarding next steps, including whether the case may be resolved without further intervention by this Court.

On behalf of both parties, I thank the Court for its consideration of these requests.

Respectfully,

AUDREY STRAUSS
United States Attorney

By:  _____/s/ Rebecca R. Friedman_____
REBECCA R. FRIEDMAN
Assistant United States Attorney
Tel:  (212) 637-2614

> Application GRANTED. The initial pretrial conference is adjourned to **September 24, 2021 at 10:00 a.m.** The parties must appear for the conference by dialing 888-363-4749, using the access code 3121171 and the security code 3288. The parties' joint submission is due by **September 17, 2021.**

SO ORDERED.

*Valerie Caproni* (signature)

8/18/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record (via ECF)