



September 17, 2021

**Via ECF**
Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2021

Re: *Safe Passage Project v. U.S. Customs and Border Protection, et al.*, No. 1:21-cv-03288-VEC
**Joint Request for Adjournment of Initial Pretrial Conference**

Dear Judge Caproni:

On behalf of the parties, Plaintiff writes to respectfully request that the Court adjourn the initial pretrial conference in the above referenced matter, currently scheduled for September 24, 2021 at 10:00 am by teleconference, and the filing of the joint letter, currently due on September 17, 2021, for one month. This is the parties' fifth request for an adjournment of the initial pre-trial conference.

Through negotiation, the parties have resolved all disputes in the instant Freedom of Information Act action except for the issue of attorneys' fees and costs. Defendant U.S. Citizenship and Immigration Services made its final production on September 9, 2021. The parties now request that the conference is adjourned to permit the parties to seek to resolve this remaining issue without further intervention by this Court.

The parties request that the conference is adjourned for one month and propose that the conference is re-scheduled for October 22, 2021 or a date that is convenient for the Court.

Respectfully submitted,

*s/ Kristin Macleod-Ball*
Kristin Macleod-Ball
Trina Realmuto
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 506-3646

Lindsay Nash
Kathryn O. Greenberg Immigration Justice Clinic
Benjamin N. Cardozo School of Law
55 Fifth Avenue, 11th Floor

1

New York, NY 10003
(646) 592-6538

Derrick J. Hensley
F. Evan Benz
The Law Office of Derrick J. Hensley, PLLC
401 Meadowlands Drive, Suite 201
Hillsborough, NC 27278
919-480-1999

*Counsel for Plaintiff*

cc: Rebecca Friedman, Counsel for Defendants

---

Application GRANTED. The initial pretrial conference is adjourned to **October 22, 2021 at 10:00 a.m.** The parties must appear for the conference by dialing 888-363-4749, using the access code 3121171 and the security code 3288. The parties' joint submission is due by **October 14, 2021.**

---

SO ORDERED.

*[signature]*    9/17/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2